IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHARI L. SCOTT,<br><br>    Plaintiff,<br><br>vs.<br><br>WOODHOUSE FORD, INC., a Nebraska Corporation; WOODHOUSE CBP, INC, Nebraska Corporation; and JOHN DOES 1-5,<br><br>    Defendants. | **8:19CV260**<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by Brock J. Pohlmeier, Michaelle L. Baumert, and the law firm of Jackson Lewis, P.C., as counsel of record for Defendants Woodhouse CBP, Inc, and Woodhouse Ford, Inc., (Filing No. 20), is granted. Brock J. Pohlmeier and Michaelle L. Baumert shall no longer receive electronic notice in this case.

August 8, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge